UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| AARON MULVEY,<br><br>    *Plaintiff,*<br><br>v.<br><br>I.C. SYSTEM, INC.<br><br>    *Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case 3:21-cv-00757-B |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Aaron Mulvey, and Defendant, I.C. SYSTEM, INC., hereby agree and stipulate to the Dismissal with Prejudice of this Action, with each party to bear its own attorney's fees and costs.

DATED: July 28, 2021

*/s/ Aaron Mulvey*

Aaron K. Mulvey
The Law Offices of Aaron K. Mulvey, PLLC
1327 Bar Harbor Dr.

*Plaintiff, Pro Se*

Respectfully submitted,

*/s/ Jacob M. Bach*

JACOB MICHAEL BACH
State Bar No. 24100919
**MALONE FROST MARTIN, PLLC**
8750 North Central Expressway
North Park Central, Suite 1850
Dallas, TX 75231
Email: jbach@mamlaw.com

*Counsel for Defendant*